Wayne W. Yuspeh
Wayne W. Yuspeh, APLC
3000 W. Esplanade Ave., Suite 301
Metairie, LA 70002
Telephone: (504) 833-2166
Facsimile: (504) 831-9474
Email: yuspehlawoffice@aol.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-6257 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Wayne W. Yuspeh, et al.,<br><br>　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Wayne W. Yuspeh and Amy Yuspeh, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 9/2, 2010     By: /s/ Wayne W. Yuspeh

WAYNE W. YUSPEH, APLC
3000 W. Esplanade Ave., Suite 301
Metairie, LA 70002
Telephone: (504) 833-2166
Facsimile: (504) 831-9474

*Attorneys for Plaintiffs*

DATED: 10/8, 2010     By: /S/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 10/14/2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE